**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Superior Seafoods, Inc., and<br>Superior Seafoods LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>Hanft Fride PA, John D. Kelly,<br>and Mark D. Pilon,<br><br>    Defendants. | Civil No. 05-170 (DWF/FLN)<br><br><br><br>**ORDER ADOPTING REPORT**<br>**AND RECOMMENDATION** |

---

Marcy S. Wallace, Esq., Cox Goudy McNulty & Wallace, PLLP, counsel for Plaintiffs.

Paul C. Peterson, Esq., Timothy J. O'Connor, Esq., Eric J. Steinhoff, Esq., and William L. Davidson, Esq., Lind Jensen Sullivan & Peterson, PA;

---

  Based upon the Report and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 21, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

  **IT IS HEREBY ORDERED** that Defendants' Motion for Review of Taxation of Costs (Doc. No. [207]) is **GRANTED in part, and DENIED in part** as follows:  A total of **$30,800.33**[1] of costs is taxed against Plaintiffs ($17,254.57 for deposition transcripts;

---

[1]  In the Report and Recommendation, there appears to be a small mathematical error in the calculation of the total amount of taxed costs, which the Court has corrected.

$12,729.79 for printing and copies; and $815.97 for other categories as taxed by the Clerk (expert witnesses and copies)).

Dated:  December 14, 2011         s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge