UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Superior Seafoods, Inc., and
Superior Seafoods LLC,

Civil No. 05-170 (DWF/FLN)

        Plaintiffs,

v.

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

Hanft Fride PA, John D. Kelly,
and Mark D. Pilon,

        Defendants.

---

Marcy S. Wallace, Esq., Cox Goudy McNulty & Wallace, PLLP, counsel for Plaintiffs.

Paul C. Peterson, Esq., Timothy J. O'Connor, Esq., Eric J. Steinhoff, Esq., and William L. Davidson, Esq., Lind Jensen Sullivan & Peterson, PA;

---

        Based upon the Report and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 21, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

        **IT IS HEREBY ORDERED** that Defendants' Motion for Review of Taxation of Costs (Doc. No. [207]) is **GRANTED in part, and DENIED in part** as follows: A total of **$30,800.33**[1] of costs is taxed against Plaintiffs ($17,254.57 for deposition transcripts;

---

[1]    In the Report and Recommendation, there appears to be a small mathematical error in the calculation of the total amount of taxed costs, which the Court has corrected.

$12,729.79 for printing and copies; and $815.97 for other categories as taxed by the Clerk (expert witnesses and copies)).


Dated:  December 14, 2011        s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge